**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORI A. CAPPELLO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:19-01277-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Lori A. Cappello ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

　　　　On July 24, 2019, Plaintiff filed her Complaint. On July 25, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 15, 2019.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 5, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 15th day of August 2019.

        **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

        */s/ Jennifer Bergh*
        Jennifer Bergh
        Nevada Bar No. 14480
        6900 N. Dallas Parkway, Suite 800
        Plano, Texas 75024
        Telephone: (214) 560-5460
        Facsimile: (214) 871-2111
        jbergh@qslwm.com
        *Counsel for Trans Union LLC*

        **COGBURN LAW**

        */s/ Erik W. Fox*
        Jamie S. Cogburn, Esq.
        Nevada Bar No. 8409
        jsc@cogburncares.com
        Erik W. Fox, Esq.
        Nevada Bar No. 8804
        ewf@cogburncares.com
        2580 St. Rose Parkway, Suite 330
        Henderson, Nevada 89074
        Telephone: (702) 748-7777
        Facsimile: (702) 966-3880
        *Counsel for Plaintiff*

3923067.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or |
| 3 | otherwise respond is so ORDERED AND ADJUDGED. |
| 4 | Dated this <u>20th</u> day of <u>August</u>, 2019. |

_____
UNITED STATES MAGISTRATE JUDGE

3923067.1