# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORI A. CAPPELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. a Delaware Corporation; EQUIFAX INFORMATION SERVICES LLC; a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC.; a Foreign Corporation; and TRANS UNION, LLC; a Foreign Limited-Liability Company,<br><br>Defendants. | Case No. 2:19-CV-01277-JAD-GWF<br><br>*Assigned to Judge Jennifer A. Dorsey;*<br>*Referred to Magistrate Judge Elayna J. Youchah*<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>[*[Proposed] Order lodged concurrently herewith*]<br><br>Complaint Filed: July 24, 2019<br>Trial Date:    TBA |

# ORDER

The Court has reviewed the Stipulation filed by Plaintiff Lori A. Cappello ("Plaintiff") and Defendant Capital One Bank (USA), N.A., named as Capital One, N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading by thirty (30) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before September 17, 2019.

**IT IS SO ORDERED.**

DATED: September 18, 2019

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE