1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 LORI A. CAPPELLO, an individual,

Plaintiff,

10

v.

11

CAPITAL ONE, N.A. a Delaware
Corporation; EQUIFAX

12

INFORMATION SERVICES LLC; a

13 Foreign Limited-Liability Company;
EXPERIAN INFORMATION

14 SOLUTIONS, INC.; a Foreign
Corporation; and TRANS UNION, LLC;

15 a Foreign Limited-Liability Company,

Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:19-CV-01277-JAD-GWF

*Assigned to Judge Jennifer A. Dorsey;*
*Referred to Magistrate Judge Elayna J. Youchah*

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**(SECOND REQUEST)**

[[*Proposed] Order lodged concurrently herewith*]

Complaint Filed: July 24, 2019
Trial Date:      TBA

## ORDER

The Court has reviewed the Stipulation filed by Plaintiff Lori A. Cappello ("Plaintiff") and Defendant Capital One Bank (USA), N.A., named as Capital One, N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading by fourteen (14) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before October 1, 2019.

**IT IS SO ORDERED.**

DATED: September 18, 2019

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE