1 | COGBURN LAW
Jamie S. Cogburn, Esq.
2 | Nevada Bar No. 8409
jsc@cogburncares.com
3 | Erik W. Fox, Esq.
Nevada Bar No. 8804
4 | ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 | Henderson, Nevada 89074
Telephone: (702) 748-7777
6 | Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI A. CAPPELLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a Delaware Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:19-cv-01277-JAD-EJY<br><br>**ORDER GRANTING<br>JOINT MOTION DISMISSING<br>ACTION WITH PREJUDICE AS TO<br>DEFENDANT CAPITAL ONE, N.A.<br>ONLY**<br><br>ECF No. 34 |

Plaintiff, Lori A. Cappello ("Plaintiff") and Defendant, Capital One, N.A., by and through their respective attorneys of record, request that the above-captioned matter be dismissed with

. . .

. . .

. . .

. . .

prejudice as to Capital One, N.A. only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 11th day of December, 2019.  Dated this 11th day of December, 2019.

COGBURN LAW  MARQUIS AURBACH COFFING


By: */s/Erik W. Fox*  By: */s/Nicholas D. Crosby*
Name: Jamie S. Cogburn, Esq.  Name: Nicholas D. Crosby, Esq.
Nevada Bar No. 8409  Nevada Bar No. 8996
Erik W. Fox, Esq.  10001 Park Run Drive
Nevada Bar No. 8804  Las Vegas, NV 89145
2580 St. Rose Parkway, Suite 330  *Attorneys for Capital One, N.A.*
Henderson, Nevada 89074
*Attorneys for Plaintiff*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion Dismissing Action with Prejudice as to Defendant Capital One, N.A. Only **[ECF No. 34] is GRANTED**; the claims against Defendant Capital One, N.A. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 18, 2019