COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI A. CAPPELLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., a Delaware Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:19-cv-01277-JAD-EJY<br><br>ORDER GRANTING<br>**<u>JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY</u>**<br><br>ECF No. 37 |

Plaintiff, Lori A. Cappello ("Plaintiff") and Defendant, Experian Information Solutions, Inc., by and through their respective attorneys of record, request that the above-captioned matter

. . .

. . .

. . .

. . .

be dismissed with prejudice as to Experian Information Solutions, Inc. only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 16th day of January, 2020.          Dated this 16th day of January, 2020.

**COGBURN LAW**                                  **NAYLOR & BRASTER**

By: */s/Erik W. Fox*                             By: */s/Andrew J. Sharples*
Name: Jamie S. Cogburn, Esq.                     Name: Jennifer L. Braster, Esq.
      Nevada Bar No. 8409                                    Nevada Bar No. 9982
      Erik W. Fox, Esq.                                      Andrew J. Sharples, Esq.
      Nevada Bar No. 8804                                    Nevada Bar No. 12866
      2580 St. Rose Parkway, Suite 330                       1050 Indigo Drive, Suite 200
      Henderson, Nevada 89074                                Las Vegas, NV 89145
      *Attorneys for Plaintiff*                              *Attorneys for Experian Information Solutions, Inc.*

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Dismiss the claims against Experian Information Solutions, Inc., [ECF No. 37] is GRANTED. The claims against Experian Information Solutions, Inc., are dismissed with prejudice, each party to bear its own fees and costs.

                                                        _____
                                                        U.S. District Court Judge  2-3-2020