1 COGBURN LAW
Jamie S. Cogburn, Esq.
2 Nevada Bar No. 8409
jsc@cogburncares.com
3 Erik W. Fox, Esq.
Nevada Bar No. 8804
4 ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
5 Henderson, Nevada 89074
Telephone: (702) 748-7777
6 Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

| | |
|---|---|
| 10 LORI A. CAPPELLO, an individual, | Case Number<br>2:19-cv-01277-JAD-EJY |
| 11 Plaintiff, | |
| 12 vs. | |
| 13 CAPITAL ONE, N.A., a Delaware Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | **STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE**<br><br>ECF No. 42 |
| 17 Defendants. | |

18

19 IT IS HEREBY STIPULATED by and between Plaintiff, Lori A. Cappello ("Plaintiff")

20 and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective

21 . . .

22 . . .

23 . . .

24 . . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 18th day of February, 2020.                Dated this 18th day of February, 2020.

**COGBURN LAW**                                      **CLARK HILL PLLC**


By:     /s/Erik W. Fox                               By:     /s/Jeremy J. Thompson
Name:   Jamie S. Cogburn, Esq.                       Name:   Jeremy J. Thompson, Esq.
        Nevada Bar No. 8409                                  Nevada Bar No. 12503
        Erik W. Fox, Esq.                                    3800 Howard Hughes Parkway
        Nevada Bar No. 8804                                  Suite 500
        2580 St. Rose Parkway, Suite 330                     Las Vegas, Nevada 89169
        Henderson, Nevada 89074                              *Attorneys for Equifax Information*
        *Attorneys for Plaintiff*                            *Services LLC*

## ORDER

　　Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, and because the dismissal of the claims against Equifax Information Services, LLC, leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 19, 2020